# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS' LOCAL #231 PENSION FUND, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) C.A. No. 17-478-MAK |
| RORY J. COWAN, et al., | ) ) ) |
| *Defendants*, | ) ) |

## MOTION TO DISMISS

Defendants in this action hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice the amended complaint, D.I. #34 because it fails to state a claim upon which relief can be granted. Defendants have filed an opening brief in support of their motion, which lays out more fully the bases for their motion.

WHEREFORE, Defendants respectfully request that their motion to dismiss be granted.

Respectfully submitted,                                    Dated: May 25, 2018

/s/ *David J. Teklits*                                     /s/ *Elena C. Norman*
David J. Teklits (#3221)                                   Elena C. Norman (#4780)
Thomas P. Will (#6086)                                     Anne Shea Gaza (#4093)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                       YOUNG CONAWAY STARGATT & TAYLOR LLP
1201 N. Market Street                                      1000 North King Street
P.O. Box 1347                                              Wilmington, DE 19801
Wilmington, DE 19899-1347                                  (302) 571-5029
(302) 658-9200                                             (302) 576-3402 (fax)
dteklits@mnat.com                                          ENorman@ycst.com
twill@mnat.com                                             AGaza@ycst.com

Deborah S. Birnbach                                        Joshua Z. Rabinovitz
GOODWIN PROCTER LLP                                        KIRKLAND & ELLIS LLP
100 Northern Avenue                                        300 North LaSalle
Boston, MA 02210                                           Chicago, Illinois 60654
T: (617) 570-1000                                          (312) 862-2000
F: (617) 523-1231                                          (312) 862-2200 (fax)
E: DBirnbach@goodwinlaw.com                                JRabinovitz@kirkland.com

*Counsel for Rory J. Cowan, Edward A. Blechschmidt, Michael Dallas, Guy L. de Chazal, Susan Kantor, Paul A. Kavanagh, Jack Noonan, James A. Quella, Claude P. Sheer, and Marc Litz*

*Counsel for Defendants Lionbridge Technologies, Inc., H.I.G. Capital, LLC, LBT Acquisition, Inc., and LBT Merger Sub, Inc.*

## CERTIFICATE OF SERVICE

I, Elena C. Norman, hereby certify that on May 25, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter B. Andrews, Esquire
>Craig J. Springer, Esquire
>David M. Sborz, Esquire
>Andrews & Springer LLC
>3801 Kennett Pike
>Building C, Suite 305
>Wilmington, DE 19807
>*pandrews@andrewsspringer.com*
>*cspringer@andrewsspringer.com*
>*dsborz@andrewsspringer.com*
>
>*Attorneys for Plaintiff*

I further certify that on May 25, 2018, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Randall J. Baron, Esquire
>David T. Wissbroecker, Esquire
>Robbins Geller Rudman & Dowd LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>*randyb@rgrdlaw.com*
>*dwissbroecker@rgrdlaw.com*
>
>Christopher H. Lyons, Esquire
>Robbins Geller Rudman & Dowd LLP
>414 Union Street, Suite 900
>Nashville, TN 37219
>*clyons@rgrdlaw.com*
>
>*Attorneys for Plaintiff*

01:22614088.1

2

| | |
|---|---|
| Dated: May 25, 2018 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Elena C. Norman* |
| | Elena C. Norman (No. 4780) |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, Delaware 19801 |
| | *enorman@ycst.com* |
| | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| | |
| | *Attorneys for Defendants H.I.G. Capital L.L.C., LBT Acquisition, Inc., LBT Merger Sub, Inc. and Lionbridge Technologies, Inc. On Behalf of All Defendants* |

01:22614088.1