# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LABORERS' LOCAL #231 PENSION FUND, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | C.A. No. 17-478-CFC |
| RORY J. COWAN, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

## DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY

Defendants hereby respectfully move the Court for an order, substantially similar to the proposed form of order attached hereto, excluding the testimony of Plaintiff's experts, Brian Foley and J.T. Atkins.

The grounds for this motion are fully set forth in the accompanying opening brief and declarations (including exhibits), filed concurrently herewith.

Dated: August 1, 2019

Respectfully submitted,

 /s/ David J. Teklits   
David J. Teklits (#3221)
Thomas P. Will (#6086)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
dteklits@mnat.com
twill@mnat.com

Deborah S. Birnbach
Jennifer B. Luz
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DBirnbach@goodwinlaw.com
JLuz@goodwinlaw.com

*Counsel for Defendants Rory J. Cowan, Edward A. Blechschmidt, Michael Dallas, Guy L. de Chazal, Susan Kantor, Paul A. Kavanaugh, Jack Noonan, James A. Quella, Claude P. Sheer, and Marc Litz*

 /s/ Elena C. Norman   
Elena C. Norman (#4780)
Anne Shea Gaza (#4093)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
1000 North King Street
Wilmington, DE 19801
(302) 571-5029
ENorman@ycst.com
AGaza@ycst.com

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
JRabinovitz@kirkland.com

Adam T. Humann
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 389-5000
Adam.Humann@kirkland.com

*Counsel for Defendants Lionbridge Technologies, Inc., H.I.G. Capital, LLC, and LBT Acquisition, Inc.*

**CERTIFICATE OF SERVICE**

I, Elena C. Norman, hereby certify that on August 1, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Peter B. Andrews
Craig J. Springer
David M. Sborz
ANDREWS & SPRINGER LLC
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE 19807
pandrews@andrewsspringer.com
cspringer@andrewsspringer.com
dsborz@andrewsspringer.com

Christopher H. Lyons, Esquire
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com

Randall J. Baron
David T. Wissbroecker
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com

*Attorneys for Plaintiff*

David J. Teklits
Thomas P. Will
MORRIS NICHOLS ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
dteklits@mnat.com
twill@mnat.com

*Attorneys for Individual Defendants*

Deborah S. Birnbach
Jennifer Burns Luz
Tucker Devoe
Ezekiel L. Hill
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
dbirnbach@goodwinlaw.com
jluz@goodwinlaw.com
tdevoe@goodwinlaw.com
ehill@goodwinlaw.com

I further certify that on August 1, 2019, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel.

01:24516327.1

| | |
|---|---|
| Dated: August 1, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Elena C. Norman*<br>Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>enorman@ycst.com<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants Lionbridge Technologies, Inc., H.I.G. Capital LLC, and LBT Acquisition, Inc.* |

01:24516327.1