IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS' LOCAL #231 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Rory Cowan, et al.,<br><br>Defendants. | Civil Action No. 17-478-CFC |

## ORDER

At Wilmington this 19th day of March in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that the Lionbridge Defendants' Motion for Summary Judgment (D.I. 188) and the Buyer Defendants' Motion for Summary Judgment (D.I. 190) are **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE