IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS' LOCAL #231 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 17-478-CFC ) |
| RORY COWAN, et al., | ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the Court's Memorandum Opinion and Order of March 19, 2020;

IT IS ORDERED that judgment is entered in favor of Defendants and against Plaintiffs.

_____
United States District Judge

Dated: 3·19·20

_____
(By) Deputy Clerk