# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS' LOCAL #231 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RORY J. COWAN, EDWARD A. BLECHSCHMIDT, MICHAEL G. DALLAS, GUY L. de CHAZAL, SUSAN JANE KANTOR, PAUL A. KAVANAUGH, JACK NOONAN, JAMES A. QUELLA, CLAUDE P. SHEER, MARC LITZ, H.I.G. CAPITAL L.L.C., and LBT ACQUISITION, INC.,<br><br>Defendants. | C.A. No. 1:17-cv-00478-CFC<br><br>CLASS ACTION |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that lead plaintiff in this action, Laborers' Local #231 Pension Fund—on behalf of itself and all others similarly situated— hereby appeals to the United States Court of Appeals for the Third Circuit from the following: (i) Judgment in a Civil Case (D.I. 240) entered on March 19, 2020; (ii) the Order granting summary judgment (D.I. 239) entered on March 19, 2020; (iii) the Memorandum Opinion granting summary judgment (D.I. 238) entered on March 19, 2020; and (iv) the Memorandum Order denying leave to amend (D.I. 234) entered on February 7, 2020.

| | |
|---|---|
| *Of Counsel*:<br><br>Randall J. Baron<br>David T. Wissbroecker<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Tel.: (619) 231-1058<br>Fax: (619) 231-7423<br><br>Christopher H. Lyons (#5493)<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>414 Union Street, Suite 900<br>Nashville, TN  37219<br>Tel.: (615) 244-2203<br>Fax: (615) 252-3798<br><br>*Lead Counsel for Plaintiff*<br><br>Patrick J. O'Hara<br>CAVANAGH & O'HARA<br>2319 West Jefferson Street<br>Springfield, IL  62702<br>Tel.: (217) 544-1771<br>Fax: (217) 544-9894<br><br>*Additional Counsel for Plaintiff*<br><br>Dated:  April 17, 2020 | ANDREWS & SPRINGER LLC<br><br> /s/ *David M. Sborz*<br>Peter B. Andrews (#4623)<br>Craig J. Springer (#5529)<br>David M. Sborz (#6203)<br>3801 Kennett Pike<br>Building C, Suite 305<br>Wilmington, DE  19807<br>Tel.: (302) 504-4957<br>Fax: (302) 397-2681<br>Email:  pandrews@andrewsspringer.com<br>            cspringer@andrewsspringer.com<br>            dsborz@andrewsspringer.com<br><br>*Delaware Counsel for Plaintiff* |